# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VALLE,<br><br>    Petitioner<br><br>    v.<br><br>A.M. GONZALEZ,<br><br>    Respondent. | Case No. CV 14-6115-BRO (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: August 12, 2015

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE